UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANSON GOLF RESORT, L.L.C. and | ) | |
| THOUSAND HILLS | ) | |
| MANAGEMENT COMPANY, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 6:15-cv-3548 |
| | ) | |
| BRANSON VACATION CABINS, L.L.C., | ) | |
| MARK MAUZEY, and | ) | |
| SARAH MAUZEY | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' DISCLOSURE OF CORPORATION INTERESTS**

Plaintiffs Branson Golf Resort, L.L.C. and Thousand Hills Management Company, Inc., in accordance with W.D. Missouri Local Rule 7.1, hereby advise the Court that Branson Golf Resort, L.L.C. and Thousand Hills Management Company, Inc. are both owned by Daniel Ruda and Mark Ruda, who are residents of Missouri, and that neither company has any parent corporation, subsidiary, or affiliate that has issued shares to the public.

Dated: December 29, 2015              Respectfully submitted,

                                                           SENNIGER POWERS LLP

                                                           By: */s/ Robert M. Evans, Jr.*
                                                                Robert M. Evans, Jr., #35613MO
                                                                Kyle G. Gottuso, #64869MO
                                                               100 North Broadway, 17th Floor
                                                               St. Louis, Missouri 63102
                                                               Tel: (314) 345-7000
                                                               Fax: (314) 345-7600
                                                               Email: revans@senniger.com
                                                                         kgottuso@senniger.com

                                                           *Attorneys for Plaintiffs*